UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-22380-CIV-UNGARO

EXPOSHIPS, LLLP, a Florida
Limited Liability Partnership,
    Plaintiff,

v.

COMMUNICORE, INC., a Missouri corporation
d/b/a Multicom,
    Defendant.
_____/

## ORDER REQUIRING RESPONSE

THIS CAUSE is before the Court upon a *sua sponte* examination of the file.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. On November 13, 2008, the Court issued an Order of Referral to Schedule Mediation. (D.E. 16.) The Court reminds the parties that the Order of Referral to Mediation requires that they file the Mediator's Report within five days following the mediation conference, which shall be completed within fifteen days after the discovery cut-off. The discovery cut-off was March 20, 2009; however, no report of mediation has been filed. As the Court previously cautioned, failure to comply with the Mediation Order may result in dismissal of this action. Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiff shall SHOW CAUSE by **12:00 p.m. on Friday, April 24, 2009** why this case should not be dismissed for failure to comply with the Court's Order requiring the filing of the Mediator's Report. Alternatively, Plaintiff may file the Mediator's Report at that time. Failure to comply will result in dismissal of the case without further notice.

DONE AND ORDERED in Chambers at Miami, Florida, this 21 day of April, 2009.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record