UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-22380-CIV-UNGARO

EXPOSHIPS, LLLP, a Florida
Limited Liability Partnership,
    Plaintiff,

v.

COMMUNICORE, INC., a Missouri corporation
d/b/a Multicom,
    Defendant.
_____/

### ORDER REQUIRING AMENDED EXHIBIT AND WITNESS LISTS

THIS CAUSE is before the Court upon the parties' Joint Pretrial Stipulation, filed on June 3, 2009 (D.E. 43).

THE COURT has considered the Stipulation and the pertinent portions of the record and is otherwise fully advised in the premises.  The parties are required under Local Rule 16.1.E to file a numbered list of trial exhibits, which shall identify those which the parties expect to enter into at trial and those which may be entered should the need arise.  Similarly, the parties' witness lists shall separately identify those whom the party expects to call as a witness and those whom the party may call if the need arises.   The parties' witness and exhibits lists do not indicate such information.  Further, the parties' exhibit lists contain generic references to groups of exhibits, such as "Any and all documents produced by the parties to this action" and "Any and all communications between the parties to this action . . . ."  Such descriptions are wholly inadequate.  The exhibits lists must specifically identify each and every individual document or piece of evidence sought to be admitted.  Accordingly, it is hereby

ORDERED AND ADJUDGED that each party SHALL file an amended exhibit list that individually lists each document or piece of evidence sought to be admitted and identifies each

exhibit with particularity. Generic references to groups or types of documents and photos are not permitted. The amended exhibit lists must also state those exhibits that the party expects to enter into trial and those which the party may enter into trial if the need arises. The Court notes that the parties have not filed objections to each other's exhibit lists, and, thus, have waived the right to object, according to this Court's Scheduling Order. Accordingly, no objections will be permitted to the parties' amended exhibits lists. The amended exhibits lists must be filed by **no later than Friday, June 5, 2009 at 1:00 p.m.** No extensions will be granted and late submissions will not be considered. Any party failing to comply with this Order waives its right to introduce exhibits during trial. It is further

ORDERED AND ADJUDGED that each party SHALL file an amended witness list that separately identifies those whom the party expects to call and those whom the party may call if the need arises. The amended list shall not contain any witnesses not previously disclosed. The amended witness list must be filed by **no later than Friday, June 5, 2009 at 1:00 p.m.** No extensions will be granted and late submissions will not be considered. Any party failing to comply with this Order waives its right to introduce witnesses during trial.

DONE AND ORDERED in Chambers at Miami, Florida, this 4th day of June, 2009.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record