UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-22380-CIV-UNGARO

EXPOSHIPS, LLLP, a Florida
Limited Liability Partnership,
    Plaintiff,

v.

COMMUNICORE, INC., a Missouri corporation
d/b/a Multicom,
    Defendant.
_____/

**ORDER EXPEDITING RESPONSE**

THIS CAUSE is before the Court on Defendant/Counter-Plaintiff's Motion to Exclude Expert Witnesses, filed June 15, 2009 (D.E. 48) and Defendant/Counter-Plaintiff's Motion to Exclude Witnesses, filed June 15, 2009 (D.E. 47).

THE COURT has considered the Motions and the pertinent portions of the record and is otherwise fully advised in the premises.  It is

ORDERED AND ADJUDGED that Plaintiff SHALL file its Response to the Motions on or before **June 18, 2009.**

DONE AND ORDERED in Chambers, Miami, Florida, this 16th day of June, 2009.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record