## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 08-22380-CIV-UNGARO

EXPOSHIPS, LLLP, a Florida
Limited Liability Partnership,
　　　　Plaintiff,

v.

COMMUNICORE, INC., a Missouri corporation
d/b/a Multicom,
　　　　Defendant.

_____/

## ORDER ON MOTION TO EXCLUDE WITNESSES

THIS CAUSE is before the Court upon Defendant/Counter-Plaintiff's Motion to Exclude

Witnesses, filed June 15, 2009 (D.E. 47).  Plaintiff responded in opposition on June 18, 2009 (D.E.

50).

THE COURT has considered the Motion, pertinent portions of the record and is otherwise

fully advised in the premises.  Defendant seeks to strike certain of Plaintiff's witnesses from

Plaintiff's Witness List (D.E. 46) for failure to provide the specific addresses of the witnesses.  *See*

L.R. S.D. Fla. 16.E.10.  It is hereby

ORDERED AND ADJUDGED that Plaintiff SHALL file a Supplement to its Amended

Witness and Exhibit List, which contains the specific addresses for the witnesses identified in

Defendant's Motion on or before **Tuesday, June 23, 2009.  No extensions will be granted.**  Failure

to file the Supplement SHALL result in the Court granting Defendant's Motion without further

notice.

DONE AND ORDERED in Chambers at Miami, Florida, this 19th day of June, 2009.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record

2