UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-22380-CIV-UNGARO

EXPOSHIPS, LLLP, a Florida
Limited Liability Partnership,
    Plaintiff,

v.

COMMUNICORE, INC., a Missouri corporation
d/b/a Multicom,
    Defendant.
_____/

**ORDER EXPEDITING REPLY**

THIS CAUSE is before the Court on Defendant/Counter-Plaintiff's Motion to Exclude Expert Witnesses, filed June 15, 2009 (D.E. 48) and Plaintiff's Response to the Motion, filed June 18, 2009 (D.E. 51).

THE COURT has considered the Motions and the pertinent portions of the record and is otherwise fully advised in the premises. It is

ORDERED AND ADJUDGED that Defendant SHALL file its Reply to the Plaintiff's Response on or before **June 22, 2009.** Defendant's Reply should specifically address Plaintiff's argument that the expert reports were produced during discovery.

DONE AND ORDERED in Chambers, Miami, Florida, this 19th day of June, 2009.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record