UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-22380-CIV-UNGARO

EXPOSHIPS, LLLP, a Florida
Limited Liability Partnership,
    Plaintiff,

v.

COMMUNICORE, INC., a Missouri corporation
d/b/a Multicom,
    Defendant.
_____/

### ORDER REQUIRING PROPOSED JURY INSTRUCTIONS AND VERDICT FORM

THIS CAUSE is before the Court upon the parties' Joint Pretrial Stipulation, filed on June 3, 2009 (D.E. 43).

THE COURT has considered the Stipulation and the pertinent portions of the record and is otherwise fully advised in the premises. The Court's Scheduling Order (D.E. 17) requires the parties to submit Joint Proposed Jury Instructions and a Joint Proposed Verdict Form concurrently with submission of the Joint Pretrial Stipulation. A review of the docket reveals that neither has been filed. Accordingly, it is hereby

ORDERED AND ADJUDGED that the parties SHALL file Joint Proposed Jury Instructions and a Joint Proposed Verdict Form on or before **Thursday, June 25, 2009.**

DONE AND ORDERED in Chambers at Miami, Florida, this 19th day of June, 2009.

_/s/ Ursula Ungaro_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record